UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SPENGLER,

        Plaintiff,

  v.

BRAND ENERGY SOLUTIONS, LLC,

        Defendant.

C18-790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This case was removed from state court on the basis of diversity jurisdiction. Defendant Brand Energy Solutions, LLC is DIRECTED, within 14 days of this Minute Order, to file a disclosure under penalty of perjury (1) identifying all of its members and owners; and (2) indicating the state of which each of its members and owners was a citizen at the time the complaint was filed. *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-96 (1990); *Johnson v. Columbia Props Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of August, 2018.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1