UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SPENGLER,

        Plaintiff,

  v.

BRAND ENERGY SOLUTIONS, LLC,

        Defendant.

C18-790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Stipulated Motion and Order for Continuance, docket no. 15, is GRANTED. The Court issues the following amended schedule:

| **JURY TRIAL DATE (7 days)** | **March 2, 2020** |
|---|---|
| Deadline for Amending Pleadings | August 12, 2019 |
| Disclosure of expert testimony | August 12, 2019 |
| Discovery motions filing deadline | October 3, 2019 |
| Discovery completion deadline | November 12, 2019 |
| Dispositive motions filing deadline | December 12, 2019 |

MINUTE ORDER - 1

| Motions related to expert witnesses (e.g., Daubert motion) deadline | December 19, 2019 |
|---|---|
| Motions in limine filing deadline | January 30, 2020 |
| Agreed pretrial order due[1] | February 14, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 14, 2020 |
| Pretrial conference scheduled for **11:00 a.m.** on | February 21, 2020 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 13, shall remain in full force and effect.

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 3