# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GEORGE SPENGLER,

        Plaintiff,

  v.

BRAND ENERGY SOLUTIONS, LLC,

        Defendant.

C18-790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulation and [Proposed] Order Regarding Defendant Entity, docket no. 18, is GRANTED as follows: the Clerk is DIRECTED to update the docket to reflect Defendant's name as "Brand Energy Solutions LLC (n/k/a BrandSafway LLC)."

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2019.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1