UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SPENGLER,

　　　　　　　　Plaintiff,

　　v.

BRAND ENERGY SOLUTIONS, LLC,

　　　　　　　　Defendant.

C18-790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Seal, docket no. 20, is DENIED as follows:

　　(a) Exhibit L, docket no. 21, Exhibit M, docket no. 21-1, and Exhibit Q, docket no. 21-2, shall be unsealed.

　　(b) Exhibit S, docket no. 21-3, shall remain sealed. Within fourteen (14) days of the date of this Minute Order, Defendant shall file a redacted version of Exhibit S omitting all personal data identifiers pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2(a).

(2) The Court has *sua sponte* sealed Exhibit D, docket 23-4, because it contains personal data identifiers. Within fourteen (14) days of the date of this Minute Order, Defendant shall file a redacted version of Exhibit D pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.2(a).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of October, 2019.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1