UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SPENGLER,

         Plaintiff,

  v.

BRAND ENERGY SOLUTIONS, LLC,

         Defendant.

C18-790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties Stipulated motion to continue trial and related dates, docket no. 37, is GRANTED in part and DENIED in part. The Discovery Completion deadline is extended to December 12, 2019. All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in Minute Order, docket no. 17, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of October, 2019.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1